# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1003**  **September Term, 2024**

**CPSC-89FR87467**

**Filed On:** April 18, 2025

Heroes Technology (US) LLC, d/b/a Snuggle Me Organic,

    Petitioner

    v.

Consumer Product Safety Commission,

    Respondent

**BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion for a stay, the response thereto, and the reply; and the amicus brief, which the court construes as including a motion for leave to file that brief in support of a stay, it is

**ORDERED** that the motion for leave to file the amicus brief be denied. See D.C. Cir. R. 29(a) (providing that an amicus brief must avoid repetition of arguments made in the principal brief and must focus on points relevant to the issues before the court). It is

**FURTHER ORDERED** that the motion for a stay be denied. Petitioner has not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024).

The Clerk is directed to enter a briefing schedule.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

    BY:    /s/
            Selena R. Gancasz
            Deputy Clerk