# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1003**  **September Term, 2024**

CPSC-89FR87467

Filed On: June 27, 2025 [2122729]

Heroes Technology (US) LLC, d/b/a
Snuggle Me Organic,

      Petitioner

      v.

Consumer Product Safety Commission,

      Respondent

## **O R D E R**

Upon consideration of respondent's unopposed motion for a 60-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondent's Brief | September 2, 2025 |
| Petitioner's Reply Brief | September 23, 2025 |

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

            BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk