# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1003**                     **September Term, 2025**

**CPSC-89FR87467**

**Filed On: November 3, 2025** [2143445]

Heroes Technology (US) LLC, d/b/a
Snuggle Me Organic,

        Petitioner

    v.

Consumer Product Safety Commission,

        Respondent

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 7, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 10 Minutes |
| Respondent | - | 10 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Wilkins and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 4, 2025.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)